FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Juan Jesus Verdin-Gomez<br><br>    Defendant. | Case No. CR 10-258 CAS<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.    (X)    the appearance of the defendant as required; and/or

    B.    (X)    the safety of any person or the community.

1   The Court concludes that:

2   A.  (X)  Defendant failed to present clear and convincing evidence to
3           establish that Defendant is not a risk of flight because:
4           Nature of offense
5           No bail resources or personal ties
6           _____
7           _____

8
9   B.  (X)  Defendant failed to present clear and convincing evidence to
10          establish that Defendant does not pose a risk to the safety of other
11          persons or the community because:
12          Extensive criminal history
13          _____
14          _____
15          _____

16
17      IT IS ORDERED that defendant be detained.
18
19  DATE: __7/9__, 2013
20
21                              /s/ Michael R. Wilner
                                _____
22                              HON. MICHAEL R. WILNER
                                UNITED STATES MAGISTRATE JUDGE

2