O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>JUAN JESUS VERDIN,<br>    Defendant.<br>_____ | CASE NO. CR10-258-CAS<br><br>PRELIMINARY REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On July 22, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on June 5, 2013. Government counsel, Heather Gorman, the defendant and his appointed DFPD attorney, Humberto Diaz, were present. The U.S. Probation Officer, Manuel Omtiveros, was also present.

The defendant admits to allegation 1, in violation of his supervised release and denies allegation 2, as stated in the Petition filed on June 5, 2013. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on September 26, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term of eight (8) months, with no supervision to follow.

///

1  IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
2 Marshal or other qualified officer and that said copy shall serve as the commitment of
3 defendant.

5 FILE/DATED: July 23, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
   Catherine M. Jeang, Deputy Clerk

2